

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2015

No. 04-15-00340-CV

Hari Prasad **KALAKONDA** and Latha Kalakonda,
Appellants

v.

**ASPRI INVESTMENTS, LLC**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-01910
Honorable Karen H. Pozza, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

We **order** that appellants Hari Prasad Kalakonda and Latha Kalakonda bear the costs of this appeal.

It is so **ORDERED** on July 29, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2015.

_____
Keith E. Hottle, Clerk